ARNOLD BROS. *et al.*

*v.*

THE CITY OF CHICAGO.

*Opinion filed June 21, 1900.*

This case is controlled by the decision in *Holden* v. *City of Chicago*, 172 Ill. 263.

WRIT OF ERROR to the County Court of Cook county; the Hon. ORRIN N. CARTER, Judge, presiding.

GEORGE W. WILBUR, for plaintiffs in error.

CHARLES M. WALKER, Corporation Counsel, ARMAND F. TEEFY, and DENIS E. SULLIVAN, for defendant in error.

Per CURIAM: The ordinance in this case contains the same defect that was condemned in the ordinance in *Holden* v. *City of Chicago*, 172 Ill. 263, and the decision in that case and subsequent cases holding the same doctrine must control here.

The judgment will be reversed and the cause remanded.

*Reversed and remanded.*